467 A.2d 323

**FRATERNAL ORDER OF POLICE, CONFERENCE OF PENNSYLVANIA LIQUOR CONTROL BOARD LODGES, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA LABOR RELATIONS BOARD,**

**Commonwealth of Pennsylvania, Intervenor.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1983.

Decided Nov. 15, 1983.

P. Richard Wagner, Anthony Busillo, II, Harrisburg, for appellant.

William J. Maikovich, Harrisburg, for appellee.

Robert J. Schwartz, Deputy Atty. Gen., for intervenor.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Order affirmed, 71 Pa.Cmwlth. 316, 454 A.2d 686.

LARSEN, J., dissents.